UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HARRIS, *et al.*,<br><br>              Plaintiffs,<br><br>       v.<br><br>COUNTY OF KERN, *et al.*,<br><br>              Defendants. | Case No. 1:26-cv-01401-CDB<br><br>ORDER ON STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 7)<br><br>ORDER DIRECTING PLAINTIFFS TO EFFECT SERVICE OF THIS ORDER AND TO FILE PROOF OF SERVICE<br><br>**Three-Day Deadline** |

Plaintiffs Catherine Harris, Bailey Jones, and Mariah Moore, along with minor Plaintiffs Kam.J, H.J., D.J., Kat.J, and Kir.J, initiated this action with the filing of a complaint on February 17, 2026.  (Doc. 1).

Pending before the Court is Plaintiffs' and Defendant County of Kern's stipulated request, contained within their joint scheduling report, to continue the initial scheduling conference by 30 days.  (Doc. 7 at 2-3).  Plaintiffs and Defendant County of Kern represent that counsel for Defendant, the DeMaria Law Firm, has been requested by the County of Kern to represent the seven individual Defendants.  However, as of the filing of the joint scheduling report, the DeMaria Law Firm has obtained authority to represent four of the seven individual Defendants and a "brief additional period of time is needed" to complete the task of obtaining consent from the remaining

1

individual Defendants.  *Id.*

The parties failed to include in their stipulation a proposed order, in violation of the Local Rules.  *See* Local Rule 143.  The parties are admonished to comply with the Local Rules of this Court in all future filings.  For good cause appearing, the Court will grant the parties' stipulated request.

Additionally, to date, Plaintiffs have not filed executed summonses for any of the Defendants.  Plaintiffs shall file promptly on the docket proof of service of summons and complaint and serve this order on Defendants and file proof of service thereof.

**Conclusion and Order**

Based on the foregoing, IT IS HEREBY ORDERED that:

1.  The scheduling conference set for May 18, 2026, is CONTINUED to **June 17, 2026**, at 10:00 a.m.  As previously directed (Doc. 4), the parties shall file a joint scheduling report at least one week prior to the conference.

2.  Plaintiffs SHALL, **within three days** of entry of this order, (a) file on the docket proof of service of summons and complant and (b) serve this order on Defendants and file proof of service thereof.

IT IS SO ORDERED.

Dated:  __**May 12, 2026**__

_____
UNITED STATES MAGISTRATE JUDGE

2