UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HARRIS, *et al.*, | Case No. 1:26-cv-01401-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE FIRST AMENDED COMPLAINT |
| v. | |
| COUNTY OF KERN, *et al.*, | (Doc. 18) |
| Defendants. | **June 4, 2026, Deadline** |

Plaintiffs Catherine Harris, Bailey Jones, and Mariah Moore, along with minor Plaintiffs Kam.J, H.J., D.J., Kat.J, and Kir.J, initiated this action with the filing of a complaint on February 17, 2026. (Doc. 1). Plaintiffs filed their first amended complaint on March 11, 2026. (Doc. 5).

On May 15, 2026, the parties filed a joint stipulated request to extend the time for Defendants to respond to the first amended complaint. (Doc. 18). The parties represent that, by May 14, 2026, defense counsel "had obtained the authority to represent each and every defendant" and, as the varied dates of service of Defendants results in varied deadlines to respond to the complaint, the parties have agreed to a single deadline by which all Defendants shall respond to the first amended complaint. The parties provide that this will allow all individual Defendants and the County of Kern to synchronize their filings and respond collectively, and the additional time will assist defense counsel in preparing the appropriate response. The parties request that all Defendants be required to respond to the first amended complaint no later than June 4, 2026, which

is 21 days after the last of the individual Defendants signed their respective notices of acknowledgment. *Id.* at 3.

In light of the parties' representations and good cause shown, the Court will extend the deadline for Defendants to respond to the first amended complaint to June 4, 2026.

**Conclusion and Order**

Accordingly, for good cause shown, IT IS HEREBY ORDERED that:

1.  All Defendants SHALL file their responses to Plaintiffs' first amended complaint no later than **June 4, 2026**.

2.  The parties SHALL file an updated joint scheduling report at least one week prior to the initial scheduling conference set for June 17, 2026. *See* (Docs. 4, 8).

IT IS SO ORDERED.

Dated:    **May 19, 2026**

UNITED STATES MAGISTRATE JUDGE

2