UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE HARRIS, *et al.*, | Case No. 1:26-cv-01401-CDB |
| Plaintiffs, | ORDER ON STIPULATION EXTENDING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS |
| v. | |
| COUNTY OF KERN, *et al.*, | (Doc. 29) |
| Defendants. | **June 29, 2026, Deadline** |

Plaintiffs Catherine Harris, Bailey Jones, and Mariah Moore, along with minor Plaintiffs Kam.J, H.J., D.J., Kat.J, and Kir.J, initiated this action with the filing of a complaint on February 17, 2026. (Doc. 1). Plaintiffs filed their first amended complaint on March 11, 2026. (Doc. 5). Defendants County of Kern, Ralph Lomas, Juan Bravo, Josh Nance, Jose Chavez-Gomez, Meghan Reed, Jose Moralez, and Dwyane Perkins filed a motion to dismiss the first amended complaint on June 4, 2026. (Doc. 23).

Pending before the Court is the parties' joint stipulated request to extend the time for Plaintiffs to file an opposition to the motion and for Defendants to file a reply. (Doc. 29). The undersigned finds that the parties' stipulated representations demonstrate good cause to grant the relief requested.

///

**Conclusion and Order**

In light of the stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1.      Plaintiffs SHALL file their opposition to the motion to dismiss (Doc. 23) no later than June 29, 2026; and

2.      Defendants SHALL file any reply no later than 17 days after Plaintiffs file their opposition.

IT IS SO ORDERED.

Dated:    **June 15, 2026**                          _____

UNITED STATES MAGISTRATE JUDGE

2